UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| CHARLES FOWLER, individually and on behalf of all others similarly situated;<br>Plaintiff,<br><br>v.<br><br>Phoenix Financial Services, LLC,<br><br>and John Does 1-25.<br>Defendant. | : **Case No. 8:20-cv-2147**<br>:<br>: CIVIL ACTION<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, and the Defendant, Phoenix Financial Services, LLC, t that the above entitled action shall be and hereby is dismissed with prejudice and on the merits in its entirety, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: November 30, 2020                                             Respectfully Submitted,

                                                                                                    */s/Justin Zeig*
                                                                                                     Justin Zeig Esq.
                                                                                                     **Zeig Law Firm, LLC**
                                                                                                     3475 Sheridan Street Ste 310
                                                                                                     Hollywood, FL 33021
                                                                                                     justin@zeiglawfirm.com

                                                                                                *Attorneys for Plaintiff*

                                                                              */s/ Michael P. Schuette*

>Michael P. Schuette, Esq.
>Florida Bar No. 0106181
>Dayle M. Van Hoose, Esq.
>Florida Bar No. 0016277
>SESSIONS, ISRAEL & SHARTLE, LLC
>3350 Buschwood Park Drive, Suite 195
>Tampa, Florida 33618
>Telephone: (813) 890-2460
>Facsimile: (877) 334-0661
>mschuette@sessions.legal
>dvanhoose@sessions.legal
>*Counsel for Defendant,*
>*Phoenix Financial Services, LLC*

**Certificate of Service**

     I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 30th day of November, 2020        Respectfully Submitted,

                                                    */s/ Justin Zeig*
                                                    Justin Zeig