UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES FOWLER,

    Plaintiff,

v.                                     Case No: 8:20-cv-2147-T-36AAS

PHOENIX FINANCIAL SERVICES LLC
and JOHN DOES 1-25,

    Defendants.
_____/

## **O R D E R**

Before the Court is the parties' Stipulation of Dismissal With Prejudice (Doc. 16). In accord with the Stipulation of Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Stipulation of Dismissal With Prejudice is **APPROVED** (Doc. 16).

    2)    This cause is dismissed, with prejudice.

    3)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on November 30, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record